Lumie SOUCEK, Plaintiff–Appellant,

v.

LAWSON MARDON USA, INCORPORATED, Defendant–Appellee.

No. 02–1198.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Lumie Soucek, Appellant Pro Se. John Christopher Tillman, Associate, Alcan Aluminum Corporation, Mayfield Heights, Ohio, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Lumie Soucek appeals the district court's order dismissing her wrongful termination, harassment, fraud and intentional infliction of emotional distress claims raised on behalf of her husband. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Soucek v. Lawson Mardon USA, Inc.*, No. CA–01–423 V (W.D.N.C. filed Feb. 8, 2002; entered Feb. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*